NICHOLAS FITZPATRICK, Respondent, *v.* NAUGHTON COMPANY, Appellant.

*Fitzpatrick* v. *Naughton Co.*, 102 App. Div. 625, affirmed.
(Argued May 24, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1905, affirming a judgment in favor of plaintiff, entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been occasioned by defendant's negligence.

*H. Snowden Marshall* for appellant.

*Albert A. Wray* and *Burton W. Gibson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.